EQUITABLE SECURITIES COMPANY OF NEW YORK *v.* MATTHEWS.

ATKINSON, J. This is a suit in ejectment, and the plaintiff claims under certain deeds as color of title, and possession thereunder for a period of time sufficient to raise a presumption of title by prescription. While the evidence on the question of possession was somewhat confusing, and tended to show such possession in the defendant as would defeat a prescription in favor of the plaintiff, nevertheless it was sufficient to carry the case to the jury; and it was erroneous for the court to grant a nonsuit.

*Judgment reversed. All the Justices concur, except Fish, C. J., absent.*

Argued March 2,—Decided August 13, 1906.

Ejectment. Before Judge Littlejohn. Stewart superior court. April 18, 1905.

*G. R. Ellis* and *R. L. Maynard,* for plaintiff.
*E. T. Hickey,* for defendant.